UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| IN RE: | CASE NO.: 18-45096-cec |
| | CHAPTER: 7 |
| Raymon McAdam, | |
| | HON. JUDGE.: |
| Debtor | Carla E. Craig |

---------------------------------------------------------------X

# ORDER GRANTING IN REM RELIEF

**WHEREAS**, on or about September 5, 2018, this case commenced upon the filing of a Voluntary Petition for Bankruptcy under Chapter 7 of the United States Bankruptcy Code in this Court; and

**WHEREAS**, on or about September 16, 2019 a motion was filed by Fay Servicing, LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 (with any subsequent successor or assign, the "Movant") seeking an Order granting In-Rem relief; and

**WHEREAS**, on or about February 11, 2020 this Court held a hearing on the motion, at which counsel for the Movant appeared,

**NOW, THEREFORE**, it is hereby

**ORDERED,** that for the reasons set forth in the Motion and on the record at the February 11, 2020 hearing, that Movant's motion is granted ***as provided herein (CEC)*** and it is hereby:

**ORDERED,** that pursuant to 11 U.S.C. § 362(d)(4) the stay imposed under 11 U.S.C. § 362(a) is lifted, and ~~upon entry of the within Order, any future filing in~~ ***if this order is record in compliance with applicable State laws governing notices of interests or liens in real property, this Order shall be binding in (CEC)*** any case ***filed (CEC)*** under the Bankruptcy Code purporting to affect the real property known as 94-22 110th Street, Richmond Hill, NY 11419 (Borough: Queens; Block: 9393; Lot: 16), ~~shall not operate as a stay against Movant, its successors and/or assigns for a period of~~ ***filed not later than (CEC)*** two years marked from entry of the within Order; and it is further

**ORDERED** that Movant is permitted to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with Debtors without further order of the court, and it is further

**ORDERED**, that the automatic stay under 11 U.S.C. § 362(a) is also vacated under 11 U.S.C.§ 362(d)(1) and (d)(2) as to Movant's interest in the Property, to permit Movant to pursue its rights under applicable law to the Property; and it is further

**ORDERED** that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived.



**Dated: Brooklyn, New York**
**March 9, 2020**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**